**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alfonzo ROJAS–TENA, Defendant–Appellant.**

**No. 10–30291.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 16, 2012.

Michael J. Fica, Assistant U.S., USPO–Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Edwynne Will Carter, Pocatello, ID, for Defendant–Appellant.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Alfonzo Rojas–Tena appeals from his guilty-plea conviction and 70–month sentence for conspiracy to distribute 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rojas–Tena's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rojas–Tena the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

